```
                                    FILED
                            U.S. DISTRICT COURT
                             MIDDLE GEORGIA
                             2009 MAY 18 PM 12 08
                             _____WKS_____
                                  DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| GREGORY GILLIAN, | : | |
| Plaintiff, | : | |
| v. | : | 1:06-CV-82(WLS) |
| KAREN DOUGLAS, | : | |
| Defendant. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed February 3, 2009. (Doc. 15). It is recommended that Plaintiff's action be dismissed for failure to show cause why the above captioned matter should not be dismissed for Plaintiff's failure to diligently prosecute the same. *Id.* No objection has been filed to date.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 15) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's action is **DISMISSED FOR FAILURE TO PROSECUTE**.

**SO ORDERED**, this 15th day of May, 2009.

/s/ W. Louis Sands
THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT

1